UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-8551-JVS (JC) | Date | March 8, 2013 |
|---|---|---|---|
| Title | Tom Blake v. C. Wofford, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**   ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY INITIAL PARTIAL FILING FEE

On October 9, 2012, plaintiff was granted permission pursuant to 28 U.S.C. §1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but was ordered to pay an initial partial filing fee of $24.94 within thirty (30) days. On December 3, 2012, the Court granted plaintiff's request to delay payment of the initial filing fee and granted plaintiff an additional sixty (60) days from the date of such order, *i.e.*, until **February 1, 2013**, to do so.

The plaintiff has not complied with 28 U.S.C. §1915 (b)(1) and with the foregoing Court orders and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure timely to pay the initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty (20) days from the date of this Order, *i.e.*, **March 28, 2013**. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the initial partial filing fee is received within the twenty (20) day period, no further response to this order to Show Cause is necessary.

IT IS SO ORDERED.

Initials of Deputy Clerk   hr